**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1180**

---

RILEY THORNOCK,

Plaintiff - Appellant,

v.

BEDFORD COUNTY, VIRGINIA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David J. Novak, District Judge. (3:25-cv-00057-DJN)

---

Submitted: August 28, 2025                    Decided: September 2, 2025

---

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Riley Thornock, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riley Thornock appeals the district court's orders denying his motion to proceed in forma pauperis and denying reconsideration.[*]  We have reviewed the record and find no reversible error.  Accordingly, we grant Thorncock's motion to seal the medical records attached to his motion to assign counsel, deny his motion for sanctions and to assign counsel, and affirm the district court's order and deny all pending motions.  *Thornock v. Bedford Cnty., Va.,* No. 3:25-cv-00057-DJN (E.D. Va. Jan. 30 & Feb. 18, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The order denying Thorncock's motion to proceed in forma pauperis is an immediately appealable order.  *Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950).